**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| David Wade Howard aka Project HG Verified,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>State of Nevada; et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-00921-JAD-DJA<br><br>**Order** |

　　　　Before the Court is *pro se* Plaintiff David Wade Howard aka Project HG Verified's initiating documents. (ECF No. 1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis* (meaning, without paying the filing fee). Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 to proceed with this case.

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and a copy of the approved form application to proceed *in forma pauperis* by an inmate and its instructions.

**IT IS FURTHER ORDERED** that on or before **July 7, 2025,** Plaintiff must either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form. **Failure to timely comply with this order may result in the recommended dismissal of this action.**

DATED: June 5, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE