# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Wade Howard aka Project HG Verified,<br><br>Plaintiff,<br><br>v.<br><br>State of Nevada; et al.,<br><br>Defendants. | Case No. 2:25-cv-00921-JAD-DJA<br><br>**Order** |

Pro se Plaintiff David Wade Howard has paid the filing fee. (ECF No. 5). The Court will therefore direct the Clerk's Office to file Plaintiff's complaint on the docket and will require Plaintiff to submit summonses to the Clerk for signature and seal. *See* Fed. R. Civ. P. 4(b).

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to file Plaintiff's complaint (ECF No. 1-1) on the docket.

**IT IS FURTHER ORDERED** that Plaintiff must submit summonses to the Clerk for signature and seal. Plaintiff must complete service on Defendants on or before **December 17, 2025.** Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 18, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE